**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
LIANE KATZENSTEIN LY, Esq. (SBN 260264)
liane@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300, Fax (818) 990-2903

Attorneys for Plaintiff and the aggrieved employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MARCY, an individual, on behalf of herself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>J.R. SIMPLOT COMPANY; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 2:22-cv-01971-TLN-CKD<br><br>**ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(e) AND 41(a)(1)** |

# ORDER OF DISMISSAL

Pursuant to the Parties' joint request for Voluntary Dismissal under Federal Rule of Civil Procedure 23(e) and 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to Plaintiff and the aggrieved employees, against Defendant J.R. SIMPLOT COMPANY, as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

   IT IS SO ORDERED.

DATED: May 29, 2024

                                    Troy L. Nunley
                                    United States District Judge